UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

SCOTT DRACOPOULOS,
    Plaintiff,

v.

SHAWSHEEN VALLEY
TECHNICAL HIGH SCHOOL,
    Defendant.

CIVIL ACTION NO: _____

## COMPLAINT AND JURY DEMAND

### Introduction

1. This is an action for damages involving employment discrimination on the basis of disability in violation of the Americans With Disabilities Act (42 U.S.C.A. §§12101 et seq.).

### Parties

2. Plaintiff, Scott Dracopoulos, is a natural person residing in Quincy, Massachusetts.

3. Defendant, Shawsheen Valley Technical High School, is a senior high school with a principal place of business at 100 Cook Street, Billerica, Massachusetts; and on information and belief, it has in excess of the statutory minimum of fifteen (15) employees.

### Jurisdiction

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C.A. § 1331. Plaintiff's cause of action arises under 42 U.S.C.A. §§ 12101 et seq., the Americans With Disabilities Act ("the ADA").

1

5. On April 23, 2014, the U.S. Equal Employment Opportunity Commission ("EEOC") issued to the Plaintiff a Notice of Right to Sue the Defendant in the United States District Court. The Plaintiff has filed the instant suit within 90 days of his receipt of the Notice of Right to Sue.

6. Venue is proper pursuant to 28 U.S.C.A. §1391(1). This is the judicial district where a substantial part of the events or omission giving rise to the claim occurred.

**Background**

7. At all times relevant hereto, the Plaintiff suffered a disability, Type One Diabetes.

8. The Plaintiff began his employment with the Defendant in October 2012 as a part-time welding instructor for the Defendant's night program.

9. On December 19, 2012, the Defendant offered and the Plaintiff accepted a full-time welding instructor position in the Defendant's day program.

10. At the time the Plaintiff accepted the full-time position, the Defendant informed the Plaintiff that he would have to undergo a physical examination.

11. On December 31, 2012, the Plaintiff underwent a physical examination conducted by a third party. During the examination, the Plaintiff disclosed his disability and informed the physician that his condition was stable and controlled by medication.

12. On January 7, 2013, the Plaintiff began the full-time position.

2

13. On January 28, 2013, the Defendant terminated the Plaintiff, stating that the third party physician had not cleared the Plaintiff for work on the basis of his disability.

14. The Plaintiff requested a reasonable accommodation of a note from his treating physician that his disability was under control and that he was able to perform the full-time position with or without accommodations.

15. The Defendant refused to accommodate the Plaintiff.

### Violation of the ADA

16. The Plaintiff is a qualified individual within the meaning of ADA §101(8) (42 U.S.C.A. § 12111(8)) in that he has a disability, Type One Diabetes.

17. The Defendant is an employer and covered entity under ADA § 101(2), (5)(A) (42 U.S.C.A. § 12111(a)(5)(a)).

18. Prior to his termination, the Plaintiff was an employee of the Defendant under ADA § 101(4) (42 U.S.C.A. § 12111(4)).

19. Prior to and at the time of his termination, the Plaintiff was qualified for employment as a full-time welding instructor for the Defendant, as his Type One Diabetes was under control.

20. On January 28, 2013, the Defendant terminated the Plaintiff in violation of the ADA (42 U.S.C.A. § 12112(a)) due to his disability - Type One Diabetes.

21. The Plaintiff has met the prerequisites for filing suit under the ADA.

22. On May 6, 2013, the Plaintiff filed a Charge of Discrimination with the Massachusetts Commission Against Discrimination and the EEOC alleging discrimination on the basis of disability in violation of the ADA.

23. On February 18, 2014, the EEOC issued a Letter of Determination finding reasonable cause to believe that the Defendant discrimination against the Plaintiff based on a perceived disability.

24. On April 23, 2014, the U.S. Equal Employment Opportunity Commission ("EEOC") issued to the Plaintiff a Notice of Right to Sue the Defendant in the United States District Court.

25. The Plaintiff suffered damages as a direct result of the Defendant's violation of the ADA.

### Prayers for Relief

WHEREFORE the Plaintiff requests judgment against the Defendant and requests that this Court:

1. Grant the Plaintiff an award of compensatory damages for back wages and benefits;
2. Grant the Plaintiff damages for mental anguish;
3. Award the Plaintiff attorney's fees and costs of this suit; and
4. Grant the Plaintiff such other and further relief as this Court deems just and proper.

### PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.

4

Date: __6/30/14__

Respectfully submitted, the Plaintiff,
Scott Dracopoulos, by his attorneys,

_____

Raipher D. Pellegrino, Esq.
BBO 560614
Nichole E. Lefevre, Esq.
BBO 681513
Raipher D. Pellegrino Associates PC
265 State Street
Springfield MA 01103
T: 413-746-4400
F: 413-746-2816
rdp@rdpalaw.com
nel@rdpalaw.com